UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**WILLIAM GRECIA,**

    Plaintiff,

    v.

**DISH NETWORK, LLC,**

    Defendant.

Case No.: 16-cv-0588 YGR

**ORDER TO SHOW CAUSE RE: STAY PENDING *INTER PARTES* REVIEW**

TO DEFENDANT AND ITS COUNSEL OF RECORD:

Defendant Dish Network, LLC is hereby **ORDERED TO SHOW CAUSE** why a stay in this Court pending *inter partes* review should not include preclusive language as proposed by Plaintiff in his limited opposition to Defendant's motion.  (*See* Dkt. No. 30.)

No later than Friday April 29, 2016, Defendant shall file a written response to this Order to Show Cause explaining why a stay in this Court pending *inter partes* review should not bind Defendant to the outcome of the petition filed by United Patents, Inc.

The Court **SETS** an Order to Show Cause hearing on **Friday, May 6, 2016** at **9:01 a.m.** in the Federal Courthouse located at 1301 Clay Street in Oakland, California, Courtroom 1.  If Defendant has timely filed a response, the hearing shall be taken off calendar and no appearance shall be required.  Failure to file a response timely may result in sanctions and may be deemed an admission that no good cause exists to not enter the stay with the preclusive language proposed by Plaintiff.

The May 17, 2016 hearing on Defendant's motion to stay pending *inter partes* review is **VACATED** to be reset by the Court if necessary.

**IT IS SO ORDERED.**

Dated: April 22, 2016

                                                             _____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**