UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **WILLIAM GRECIA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**DISH NETWORK, LLC,**<br><br>　　　　Defendant. | Case No.: 16-cv-0588 YGR<br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE; SETTING CASE MANAGEMENT CONFERENCE** |

On May 3, 2016, the Court granted DISH's[1] motion to stay this case pending IPR, conditioned on DISH's willingness to agree to be bound by limited estoppel as described therein. (Dkt. No. 35.) The Court afforded DISH until May 6, 2016 to agree to be so bound and continued the hearing on its order to show cause until May 13, 2016 to await DISH's response.

DISH timely filed its notice, declining to be bound by the limited estoppel. (Dkt. No. 36.) Accordingly, the May 13, 2016 hearing on the Court's order to show cause is **VACATED**.

In light of DISH's declination, the Court **SETS** a Case Management Conference to be held on **Monday, June 6, 2016**, on the Court's **2:00 p.m.** calendar. The parties shall file a joint case management conference statement seven (7) days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement. As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

---

[1] All terms shall have the same meaning as defined in the Court's order on DISH's motion to stay. (Dkt. No. 35.)

**IT IS SO ORDERED.**

Dated: May 11, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**