Michael Malecek (Cal. Bar No. 171034)
michael.malecek@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square
Suite 400
3000 El Camino Real
Palo Alto, CA  94306-2112
(650) 319-4500 (telephone)
(650) 319-4700 (facsimile)

Robert Laurenzi (*Pro Hac Vice*)
robert.laurenzi@kayescholer.com
Shyam Palaiyanur (*Pro Hac Vice*)
shyam.palaiyanur@kayescholer.com
KAYE SCHOLER LLP
250 W. 55th Street
New York, New York 10019-9710
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Attorneys for Defendant*
*DISH Network L.L.C.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| William Grecia,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH Network L.L.C.<br><br>　　　　Defendant. | Case No. 4:16-cv-00588-YGR<br><br>**Notice and [Proposed] Order Regarding Entry of Stay Pursuant to Filing of IPR;**<br>**Order Setting Compliance Hearing** |

　　　　Defendant DISH Network L.L.C. ("DISH") hereby advises the Court and Plaintiff William Grecia of its intent to file a petition for *inter partes* review with the Patent Trial and Appeal Board challenging the validity of the sole patent-in-suit in this litigation (U.S. Patent No. 8,887,308) on or before July 31, 2016.

1  Pursuant to the Court's Bench Order of June 6, 2016, and the prior agreement of the
2  parties, DISH respectfully requests that the Court enter a stay of this litigation pending the
3  conclusion of the *inter partes* review (including exhaustion of any appeal rights by both parties).
4  DISH understands that as a result of the stay based on its anticipated IPR filing, it will be
5  estopped from making invalidity arguments to the extent required by 35 U.S.C. section 315(e)(2).

Date: June 10, 2016

Respectfully submitted,

*/s/ Michael Malecek*
Michael Malecek (Cal. Bar No. 171034)
michael.malecek@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square
Suite 400
3000 El Camino Real
Palo Alto, CA  94306-2112
(650) 319-4500 (telephone)
(650) 319-4700 (facsimile)
*Attorney for Defendant
DISH Network L.L.C.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court further **SETS** a compliance hearing regarding the status of defendant's petition for *inter partes review* with the Patent Trial and Appeal Board to be held on **Friday, December 16, 2016** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By no later than December 9, 2016, the parties shall file either (a) a status update on defendant's petition for *inter partes review* with the Patent Trial and Appeal Board; or (b) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

Dated: June 13, 2016

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE