UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM GRECIA**, <br> Plaintiff, <br> v. <br> **DISH NETWORK L.L.C.**, <br> Defendant. | Case No. 16-cv-00588-YGR <br><br> **ORDER STAYING CASE** <br> Re: Dkt. No. 50 |

In a Joint Status Report (Dkt. No. 50) filed on February 17, 2017, Plaintiff William Grecia ("Grecia") and Defendant DISH Network LLC ("DISH") jointly requested to stay the instant case until a claim construction order is issued in the patent infringement cases filed by Grecia in the Southern District of New York against MasterCard Inc. (15-cv-9059), Visa Inc. (15-cv-9210), American Express Co. (15-cv-9217), Samsung Electronics America (16-cv-9691), and five retailers, all pending before Judge Richard J. Sullivan. *Id.* at 2-3.

In light of the foregoing, the case is **STAYED**, pending Judge Sullivan's claim construction order. By September 8, 2017, the parties shall file a joint statement informing the Court of the status of the cases pending before Judge Sullivan. The Court **SETS** a Compliance Hearing for **Friday, September 15, 2017** at **9:01 a.m.** in Courtroom 1 of the Federal Courthouse at 1301 Clay Street, Oakland, California.  If the joint statement is timely filed, no appearance may be required and the Compliance Hearing may be taken off calendar.  Telephonic appearances will be allowed if the statement has been submitted timely and the Court deems the hearing necessary.  If at any time the cases resolve or Judge Sullivan issues a claim construction order, the parties shall so notify the Court with a joint statement filed within five (5) business days thereafter.  Failure to file

1  a required joint statement timely or to appear at the Compliance Hearing may result in sanctions,
2  including monetary sanctions or dismissal.
3      **IT IS SO ORDERED.**
4  Dated: February 23, 2017

                        _____
                        **YVONNE GONZALEZ ROGERS**
                        **UNITED STATES DISTRICT COURT JUDGE**