[counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WILLIAM GRECIA,<br>Plaintiff,<br>v.<br>DISH NETWORK L.L.C.<br>Defendant. | Case No. 4:16-cv-00588-YGR<br>**STIPULATION OF DISMISSAL**<br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff William Grecia and Defendant DISH Network L.L.C. ("DISH") hereby stipulate to the dismissal of this action. All claims for relief asserted against DISH by Grecia herein are dismissed WITH PREJUDICE; all counterclaims for relief asserted against Grecia by DISH are dismissed WITHOUT PREJUDICE. Each party to bear its own costs and attorneys' fees.

Dated: November 12, 2018

Respectfully Submitted,

*/s/ Stephen C. Jarvis*
Todd C. Atkins (SBN 208879)
tatkins@atkinsdavidson.com
ATKINS & DAVIDSON, APC
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

Matthew M. Wawrzyn (*pro hac vice*)
*matt@wawrzynlaw.com*
Stephen C. Jarvis (*pro hac vice*)
WAWRZYN & JARVIS LLC
2700 Patriot Blvd., Suite 250
Glenview, IL 60026
847.656.5864

*Counsel for William Grecia*

*/s/ Steven M. Bauer*
Colin G. Cabral (SBN 296913)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 557-2900
ccabral@proskauer.com

Steven M. Bauer (*pro hac vice*)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
sbauer@proskauer.com

Attorneys for Defendant
DISH Network L.L.C.

**ATTESTATION FOR SIGNATURE**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 12, 2018 *<u>/s/ Stephen C. Jarvis</u>*