[counsel listed on signature pages]

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/14/18

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| WILLIAM GRECIA, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK L.L.C. <br><br> Defendant. | Case No. 4:16-cv-00588-YGR <br><br> **STIPULATION OF DISMISSAL** <br><br> Hon. Yvonne Gonzalez Rogers |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff William Grecia and Defendant DISH Network L.L.C. ("DISH") hereby stipulate to the dismissal of this action. All claims for relief asserted against DISH by Grecia herein are dismissed WITH PREJUDICE; all counterclaims for relief asserted against Grecia by DISH are dismissed WITHOUT PREJUDICE. Each party to bear its own costs and attorneys' fees.

Dated: November 12, 2018                           Respectfully Submitted,

/s/ Stephen C. Jarvis                              /s/ Steven M. Bauer
Todd C. Atkins (SBN 208879)                        Colin G. Cabral (SBN 296913)
tatkins@atkinsdavidson.com                         PROSKAUER ROSE LLP
ATKINS & DAVIDSON, APC                             2049 Century Park East, Suite 3200
2261 Rutherford Road                               Los Angeles, CA 90067
Carlsbad, CA 92008                                 Telephone: (310) 557-2900
Tel: 619.665.3476                                  ccabral@proskauer.com

Matthew M. Wawrzyn (*pro hac vice*)                Steven M. Bauer (*pro hac vice*)
matt@wawrzynlaw.com                                PROSKAUER ROSE LLP
Stephen C. Jarvis (*pro hac vice*)                 One International Place
WAWRZYN & JARVIS LLC                               Boston, MA 02110-2600
2700 Patriot Blvd., Suite 250                      Telephone: (617) 526-9600
Glenview, IL 60026                                 sbauer@proskauer.com
847.656.5864
                                                   Attorneys for Defendant
*Counsel for William Grecia*                       DISH Network L.L.C.

## ATTESTATION FOR SIGNATURE

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 12, 2018 /s/ Stephen C. Jarvis